# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Action No. 24-513 (RBW) |
| ) | |
| DAVID MICHAEL JOYNT, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Upon consideration of the United States' Motion to Dismiss [Information] with Prejudice Pursuant to Federal Rule Criminal Procedure 48(a), ECF No. 22, it is hereby

**ORDERED** that the United States' Motion to Dismiss [Information] with Prejudice Pursuant to Federal Rule Criminal Procedure 48(a), ECF No. 22, is **GRANTED**.[1] It is further

**ORDERED** that the status hearing currently scheduled for Thursday, January 30, 2025, is **VACATED**. It is further

**ORDERED** that this case is **DISMISSED WITH PREJUDICE**. It is further

**ORDERED** that this case is **CLOSED**.

**SO ORDERED** this 27th day of January, 2025.

REGGIE B. WALTON
United States District Judge

---

[1] The government is dismissing this case based on the issuance of the Presidential Pardon, despite the government's earlier allegations that, on January 6, 2021, the defendant committed the crimes of: (1) Entering and Remaining in a Restricted Building or Grounds, in violation of 18 U.S.C. § 1752(a)(1); (2) Disorderly and Disruptive Conduct in a Restricted Building or Grounds, in violation of 18 U.S.C. § 1752(a)(2); (3) Disorderly Conduct in a Capitol Building in violation of 40 U.S.C. § 5104(e)(2)(D); (7) and Parading, Demonstrating, or Picketing in a Capitol Building, in violation of 40 U.S.C. § 5104(e)(2)(G). See Information as to David Michael Joynt at 1–3, ECF No. 12. The defendant denied these allegations and entered a plea of not guilty to all of these charges. See Minute Entry (Nov. 20, 2024).